IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CURTIS A. MCCALLISTER,**

        **Plaintiff,**

  v.                      CASE NO. 16-3123-SAC-DJW

**JOHNNIE GODDARD, et al.,**

        **Defendants.**

## O R D E R

This matter is before the Court on the motion of the Kansas Department of Corrections for an extension of time to prepare the *Martinez* report ordered in this matter. For good cause shown, the Court grants the motion.

IT IS, THEREFORE, BY THE COURT ORDERED the motion for extension of time (Doc. #15) is granted and the time for preparing the investigative report is extended to and including January 17, 2017.

**IT IS SO ORDERED.**

DATED:  This 30th day of December, 2016, at Topeka, Kansas.

                                S/ Sam A. Crow
                                SAM A. CROW
                                U.S. Senior District Judge